WILLIAM REYNOLDS, RESPONDENT, *v.* JOHN GILCHREST AND ANOTHER, APPELLANTS.

THE appeal papers in the case contain a notice of appeal from an order of the county judge of Westchester county, made in proceedings supplementary to execution founded on a judgment entered in this action, said order refusing to dismiss such proceedings, and sustaining an attachment against the defendant Gilchrest, for an alleged contempt in said proceedings.

The General Term found in the appeal papers no such order, and dismissed the appeal, without costs.

*Wm. F. Purdy*, for the appellant, Gilchrest.

*J. S. Millard*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Appeal dismissed, without costs.